# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:00CV66

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>JAMES L. SEXTON, JR., and wife )<br>NICKOLA B. SEXTON, CHARLES )<br>B. SEXTON, and SEXTON DAIRY )<br>FARM, )<br>)<br>Defendants. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's motion for the Court to reissue its December 10, 2007, Order.

The Court's December 10, 2007, Order reopened this matter and required Defendants to file response to the complaint herein. Although the Order was served electronically by the Clerk on various attorneys who have made appearances in this case, those attorneys no longer represent the Defendants. Consequently, the individual Defendants did not receive notice of the Court's Order.

For the reasons set forth in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion for reissuance of the December 10, 2007, Order is **ALLOWED.** The Clerk shall mail copies of this Order and the Court's December 10, 2007, Order to the Defendants at the addresses listed in the Government's motion.

**IT IS FURTHER ORDERED** that Defendants file answer or otherwise respond to the complaint herein within 60 days from service of this Order.

Signed: February 25, 2008

Lacy H. Thornburg
United States District Judge