# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:00CV66

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> JAMES L. SEXTON, JR., and wife ) <br> NICKOLA B. SEXTON, CHARLES ) <br> B. SEXTON, and SEXTON DAIRY ) <br> FARM, ) <br> ) <br> Defendants. ) <br> ) | **DEFAULT JUDGMENT** |

For the reasons stated in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff have and recover from the Defendant James L. Sexton, Jr., individually, the sum of **ONE HUNDRED FIFTY-EIGHT THOUSAND, THREE HUNDRED TWENTY-SEVEN DOLLARS AND FIFTY-NINE CENTS ($158,327.59)**, with interest thereon at the legal rate from entry of this Judgment until paid in full.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Plaintiff have and recover of the Defendant Charles E. Sexton, individually,

the sum of **TWO HUNDRED EIGHTY-EIGHT THOUSAND, FIVE HUNDRED FIFTY-FIVE DOLLARS AND THIRTY-SIX CENTS ($288,555.36)**, with interest thereon at the legal rate from entry of this Judgment until paid in full.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Plaintiff have and recover from Sexton Dairy Farm through James L. Sexton, Jr., and Charles E. Sexton, jointly and severally, the sum of **TWO MILLION, THREE HUNDRED TWELVE THOUSAND, THREE HUNDRED SEVENTY-FOUR DOLLARS AND NINE CENTS ($2,312,374.09)**, with interest thereon at the legal rate from entry of this Judgment until paid in full.

**IT IS FURTHER ORDERED** that this action is hereby **DISMISSED WITH PREJUDICE** as to Defendant Nickola Sexton.

Signed: August 21, 2008

Lacy H. Thornburg
United States District Judge